## SHAW ET AL. v. SUPERVISORS OF JOHNSON COUNTY.

COUNTY DITCH: PETITION FOR.

*Appeal from Johnson Circuit Court.*

FRIDAY, OCTOBER 7, 1887.

THIS is a proceeding by *certiorari* to test the legality of the action of the defendants in levying a special tax on certain tracts of land owned by the plaintiffs, to pay the cost of constructing a ditch. The circuit court dismissed the writ, and from that order plaintiffs appeal.

*Remley & Remley* and *A. C. Yonkin*, for appellants.

*S. H. Fairall*, for appellee.

REED, J.—In its material facts this case is like *Shepard et al. v. The Board of Supervisors*, *ante*, p. 258. The petition for the establishment of the ditch was not signed by a majority of persons residing in the county owning lands adjacent to the proposed improvement.

We held in the former case on the same state of facts, that the board of supervisors did not have jurisdiction to levy the tax.

Following that holding, the judgment will be

REVERSED.